IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**US Bank National Association**
*successor-in-interest to Bank of America, National Association, successor-by-merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Bear Stearns Commercial Mortgage Pass-Through Certificates, 2005-PWR9,*

    Plaintiff,

v.

**Atoka Hospitality, Inc.,**
**KRN Enterprises, Inc.,**
**McAlester Hospitality, Inc.,**
**Norman Hospitality, Inc.,**
**Rajendra K. Patel,** and **Mina Patel,**

    Defendants.

Case No. 14-CIV-459-RAW

## AGREED ORDER

On this day the Court considered the Joint Motion to Dismiss with Prejudice [Docket No. 47].

The Court, having considered the joint motion, finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that all claims in the above-captioned case are hereby dismissed with prejudice to re-filing.

IT IS SO ORDERED this 23rd day of March, 2015.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA

**AGREED:**

s/ Christopher L. Chauvin
KEVIN BLANEY, OBA #860
L. CHRISTOPHER TWEEDY, OBA #2087
ELIZABETH A. MOREHEAD, OBA #176
RAYMOND H. TIPTON III, OBA #20871
D. Ward Hobson, OBA #21698
BLANEY AND TWEEDY, PLLC
2601 City Place
204 N. Robinson Avenue
P.O. Box 657
Oklahoma City, OK 73101-0657
Telephone:  (405) 235-8445
Facsimile:  (405) 236-3410
e-mail:  kblaney@btlawokc.com e-mail:  ctweedy@btlawokc.com
e-mail:  bmorehead@btlawokc.com e-mail:   ttipton@btlawokc.com

with

CHRISTOPHER L. CHAUVIN
Texas Bar No. 24045644
 christopher.chauvin@tklaw.com
*Pro Hac Vice Application Pending*
MATTHEW M. MITZNER
Texas Bar No. 24068911
*Pro Hac Vice Application Pending*
 matthew.mitzner@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201 (214) 969-1700
(214) 969-1751 (facsimile)

*Attorneys for Plaintiff*


And


s/ Heather Burrage
Heather Burrage, OBA No. 19423
**BURRAGE LAW FIRM**
1201 Westside Drive
P.O. Box 1727
Durant, OK   74702-1727
Telephone:  580-920-0700
Facsimile:    580-920-0702
*Attorney for Defendants*